**TULSA COUNTY PUBLIC FACILITIES AUTHORITY, Appellant,**

v.

**OKLAHOMA TAX COMMISSION, Appellee.**

**No. 87608.**

Supreme Court of Oklahoma.

Sept. 17, 1996.

---

### ORDER

Appellee's motion to dismiss this appeal is denied. Although the filing of a notice of appeal with the Tax Commission within 10 days from the date of the mailing of the order is required by 68 O.S.1991 § 225(a), this statute does not provide that the filing of such a notice is a jurisdictional prerequisite to the commencement of an appeal. We will not hold that it does.

The terms of Art. 5, § 46 of the Oklahoma Constitution command that general rules of appellate process be symmetrical and apply across the board. *Johnson v. Tony's Town Mister Quik,* 915 P.2d 355 (Okl.1996).

This appeal from a Tax Commission order, which was properly and timely commenced in compliance with Rule 1.125 et seq. of the Rules of Appellate Procedure in Civil Cases, shall proceed.

WILSON, C.J., KAUGER, V.C.J., and HODGES, LAVENDER, SIMMS, HARGRAVE, OPALA, and SUMMERS, JJ., concur.

WATT, J., concurs by reason of stare decisis.